## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 08-CR-115-P-H |
| AMY DAWN BROWN, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF REVOCATION & DETENTION

This matter came before the Court this date for a hearing on the Government's Motion to Revoke Bail (Docket # 59) pursuant to 18 U.S.C. § 3148. The Defendant appeared with counsel. The Government relied on the testimony of USPO Tait, USPO Ledoux and Deputy Marshal Marr as well as the Order Setting Conditions of Release and the Bail Revocation Memo, which were admitted as exhibits. The Defendant testified on her own behalf. After considering all of the evidence presented, the Court finds that Defendant violated multiple conditions of supervision, to wit, failing to appear at Northeast Occupational Exchange, failing to reside with her mother, failing to comply with drug testing requirements, failing to report to the Probation Office as required as well as using and possessing marijuana. On the basis of the hearing record, the Court finds by clear and convincing evidence that the Defendant has violated the Order Setting Conditions of Release dated June 24, 2008.

The foregoing notwithstanding, the Defendant seeks to be retained on release. However, it is apparent that, based on the nature and circumstances of the current

2

violations, there is no condition or combination of conditions that will assure she will not flee or pose a danger to the community.  Moreover, the Court finds she is unlikely to abide by any condition or combination of conditions of release.  Accordingly, the Court ORDERS that the Defendant's release be revoked and that she be detained pending sentencing or further order of the Court.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order the a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED.

/s/ George Z. Singal<br>Chief U.S. District Judge

Dated this 13th day of August, 2008.